# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Christian Horwath

                                    Plaintiff,

v.                                               Case No.: 1:13–cv–08390
                                                       Honorable Robert M. Dow Jr.

Northstar Location Services, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Document entry [14] is corrected as to name of assigned Judge. Correction: MINUTE entry before the Honorable Robert M. Dow, Jr. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.